

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  
JAMEL WILLIAMS  
LEVAR BAKER

CASE NO. 6:24-cr-123-RBD-DCI  
18 U.S.C. § 371  
18 U.S.C. § 1344  
18 U.S.C. § 1028A(a)(1)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Conspiracy)

**A.   Introduction**

At all times material to this Indictment:

1. United States Postal Service "arrow" keys were proprietary, serialized keys that granted access to various types of mail collection boxes and other authorized mail depositories in a given geographic area.

2. No person outside of employees or representatives of the United States Postal Service was authorized to possess an "arrow" key.

3. Navy Federal Credit Union was a financial institution with branches located in the Middle District of Florida whose accounts were insured by the National Credit Union Share Insurance Fund.

### B. The Conspiracy

4. Beginning on an unknown date, but no later than in or about March 2023, and continuing through in or about August 2023, in the Middle District of Florida, and elsewhere, the defendants,

**JAMEL WILLIAMS**
and
**LEVAR BAKER**

did knowingly and willfully combine, conspire, confederate and agree with other persons, both known and unknown to the Grand Jury, to commit offenses against the United States, specifically:

a. to steal and possess a United States Postal Service "arrow" key with intent to unlawfully and improperly use the key, in violation of 18 U.S.C. § 1704;

b. to steal and possess stolen mail matter that was in an authorized depository for mail matter, in violation of 18 U.S.C. § 1708; and

c. to carry out a scheme to defraud a financial institution, in violation of 18 U.S.C. § 1344.

### C. Manner and Means of the Conspiracy

5. The manner and means by which the conspirators sought to accomplish the objects of the conspiracy included, among others:

a. It was part of the conspiracy that individuals known and unknown to the Grand Jury, would and did steal and unlawfully possess a United States Postal Service "arrow" key.

b. It was part of the conspiracy that individuals known and unknown to the Grand jury, would and did possess and use a stolen United States Postal Service "arrow" key to open and unlawfully access United States Postal Service mail receptacles and authorized depositories for mail matter.

c. It was further part of the conspiracy that individuals known and unknown to the Grand Jury, would and did steal mail matter, including checks, from United States Postal Service mail receptacles and authorized depositories for mail matter.

d. It was further part of the conspiracy that the defendants, **JAMEL WILLIAMS** and **LEVAR BAKER**, and others known and unknown to the Grand Jury would and did wrongfully alter and deposit stolen checks into bank accounts for their own benefit and the benefit of others.

e. It was further part of the conspiracy that the defendants, **JAMEL WILLIAMS** and **LEVAR BAKER**, and others known and unknown to the Grand Jury, would and did misrepresent, conceal, hide, and cause to be misrepresented, concealed, and hidden, acts done in furtherance of the conspiracy and the purpose of those acts.

### D.    Overt Acts

6.    In furtherance of the conspiracy, and to effect the objects thereof, the following overt acts, among others, were committed in the Middle District of Florida:

    a. On or about March 16, 2024, the defendant, **JAMEL WILLIAMS**, promoted the scheme to defraud and recruited others to participate in the scheme to defraud through his communications with others on social media.

    b. On or about April 11, 2024, the defendant, **JAMEL WILLIAMS**, promoted the scheme to defraud and recruited others to participate in the scheme to defraud through his communications with others on social medica.

    c. On or about May 8, 2023, the defendant, **LEVAR BAKER**, possessed and cashed stolen and altered checks at Navy Federal Credit Union branches located in Orlando, Florida, in the Middle District of Florida.

    d. On or about May 10, 2023, the defendant, **JAMEL WILLIAMS**, possessed and cashed stolen and altered checks at Navy Federal Credit Union branches located in Winter Park, Florida, in the Middle District of Florida.

    e. On or about May 12, 2023, the defendant, **JAMEL WILLIAMS**, possessed and cashed stolen and altered checks at Navy Federal Credit Union branches located in Winter Park, Florida, in the Middle District of Florida.

    f. On or about June 17, 2023, individuals known and unknown to the Grand Jury stole mail from the United States Postal Service mail receptacles and authorized depositories for mail matter at a business park located in Sanford, in the Middle District of Florida.

g. On or about June 27, 2023, the defendant, **JAMEL WILLIAMS**, possessed and cashed stolen and altered checks at Navy Federal Credit Union branches located in Winter Park, Florida, in the Middle District of Florida.

h. On or about June 27, 2023, the defendant, **LEVAR BAKER**, possessed and cashed stolen and altered checks at Navy Federal Credit Union branches located in Winter Park, Florida, in the Middle District of Florida.

i. On or about July 27, 2023, the defendant, **JAMEL WILLIAMS**, possessed and cashed stolen and altered checks at Navy Federal Credit Union branches located in Winter Park, Florida, in the Middle District of Florida.

j. On or about August 1, 2023, the defendant, **LEVAR BAKER**, possessed and cashed stolen and altered checks at Navy Federal Credit Union branches located in Riverview, Florida, in the Middle District of Florida.

All in violation of 18 U.S.C. § 371.

## COUNTS TWO THROUGH NINE
### (Bank Fraud as to JAMEL WILLIAMS)

### A. Introduction

1. Paragraph 3 of Count One of this Indictment is re-alleged and incorporated fully herein by reference.

### B. The Scheme and Artifice

2. Beginning on an unknown date, but no later than in or around March 2023, and continuing through at least in or about August 2023, in the Middle District of Florida, and elsewhere, the defendant,

5

## JAMEL WILLIAMS,

did, aiding and abetting another, knowingly attempt to execute a scheme and artifice to obtain moneys, funds, and other property owned by, and under the custody and control of Navy Federal Credit Union, a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises.

### C. Manner and Means of the Scheme and Artifice

3. The manner and means by which the defendant sought to accomplish the scheme to defraud included, among others, the following:

    a. It was part of the scheme and artifice to defraud that the defendant obtained and possessed stolen and fraudulently altered mail matter, including checks.

    b. It was further part of the scheme and artifice to defraud that the defendant deposited the stolen and fraudulently altered checks at various Navy Federal Credit Union branches located in the Middle District of Florida, under the false and fraudulent pretenses that he was an authorized depositor of the checks.

    c. It was further part of the scheme and artifice to defraud that the defendant fraudulently caused the transfer of funds from victim bank accounts to Navy Federal Credit Union bank accounts for purposes of carrying out the scheme to defraud.

D.  **Execution of the Scheme and Artifice**

4. On or about the dates listed below, for the purpose of executing and attempting to execute the aforementioned scheme to defraud, the defendant made the following fraudulent deposits into Navy Federal Credit Union accounts:

| Count | Date of Deposit | Branch Location | Check No. | Amount |
|---|---|---|---|---|
| Two | May 10, 2023 | Winter Park | 2207936 | $3,325.00 |
| Three | May 12, 2023 | Winter Park | 4531 | $3,309.29 |
| Four | May 19, 2023 | Kissimmee | 1745 | $3,700.22 |
| Five | June 9, 2023 | Altamonte Springs | 126035 | $5,000.89 |
| Six | June 9, 2023 | Winter Park | 1023 | $2,000.00 |
| Seven | June 27, 2023 | Winter Park | 403948270508 | $10,020.00 |
| Eight | July 6, 2023 | Altamonte Springs | 2500 | $7,900.22 |
| Nine | July 27, 2023 | Winter Park | 2109 | $7,774.22 |

All in violation of 18 U.S.C. §§ 1344 and 2.

## COUNTS TEN THROUGH FOURTEEN
(Bank Fraud as to LEVAR BAKER)

### A. Introduction

1.  Paragraph 3 of Count One of this Indictment is re-alleged and incorporated fully herein by reference.

### B. The Scheme and Artifice

2.  Beginning on an unknown date, but no later than in or around March 2023, and continuing through at least in or about August 2023, in the Middle District of Florida, and elsewhere, the defendant,

**LEVAR BAKER**,

did, aiding and abetting another, knowingly attempt to execute a scheme and artifice to obtain moneys, funds, and other property owned by, and under the custody and control of Navy Federal Credit Union, a federally insured financial institution, by means of false and fraudulent pretenses, representations, and promises.

### C. Manner and Means of the Scheme and Artifice

3.  The manner and means by which the defendant sought to accomplish the scheme to defraud included, among others, the following:

    a. It was part of the scheme and artifice to defraud that the defendant obtained and possessed stolen and fraudulently altered mail matter, including checks.

    b. It was further part of the scheme and artifice to defraud that the defendant deposited the stolen and fraudulently altered checks at various Navy

Federal Credit Union branches located in the Middle District of Florida, under the false and fraudulent pretenses that he was an authorized depositor of the checks.

c. It was further part of the scheme and artifice to defraud that the defendant fraudulently caused the transfer of funds from victim bank accounts to Navy Federal Credit Union bank accounts for purposes of carrying out the scheme to defraud.

### D. Execution of the Scheme and Artifice

4. On or about the dates listed below, for the purpose of executing and attempting to execute the aforementioned scheme to defraud, the defendant made the following fraudulent deposits into Navy Federal Credit Union accounts:

| Count | Date | Branch Locations | Check | Amount |
| --- | --- | --- | --- | --- |
| Ten | May 8, 2023 | Orlando | 3259 | $2,000.00 |
| Eleven | June 27, 2023 | Winter Park | 8062 | $5,350.74 |
| Twelve | July 20, 2023 | Winter Park | 1917 | $9,100.00 |
| Thirteen | July 26, 2023 | Riverview | 1598 | $9,143.12 |
| Fourteen | August 1, 2023 | Riverview | 2139 | $9,133.07 |

All in violation of 18 U.S.C. §§ 1344 and 2.

## COUNT FIFTEEN
### (Aggravated Identity Theft as to JAMEL WILLIAMS)

On or about June 9, 2023, in the Middle District of Florida, and elsewhere, the defendant,

**JAMEL WILLIAMS,**

did knowingly possess and use, without lawful authority, a means of identification of another person, specifically, the names and account number of M.M. and A.S., during and in relation to a felony violation of bank fraud, in violation of 18 U.S.C. § 1344, as charged in Count Six of this Indictment, knowing that such means of identification belonged to an actual person.

In violation of 18 U.S.C. § 1028A(a)(1).

## COUNT SIXTEEN
### (Aggravated Identity Theft as to LEVAR BAKER)

On or about May 8, 2023, in the Middle District of Florida, and elsewhere, the defendant,

**LEVAR BAKER,**

did knowingly possess and use, without lawful authority, a means of identification of another person, specifically, the name and account number of J.Z., during and in relation to a felony violation of bank fraud, in violation of 18 U.S.C. § 1344, as charged in Count Ten of this Indictment, knowing that such means of identification belonged to an actual person.

In violation of 18 U.S.C. § 1028A(a)(1).

## **FORFEITURE**

1.    The allegations contained in Counts One through Fourteen are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(A), and 28 U.S.C. § 2461(c).

2.    Upon conviction of a violation of a conspiracy of the violation of 18 U.S.C. § 1708, in violation of 18 U.S.C. § 371, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violations.

3.    Upon conviction of a violation of a conspiracy of the violation of 18 U.S.C. § 1344, in violation of 18 U.S.C. § 371, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(A), any proceeds which the defendant obtained, directly or indirectly, as the result of such violation.

4.    Upon conviction of a violation of 18 U.S.C. § 1344, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(A), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation.

5.    The property to be forfeited includes, but is not limited to, the following: a money judgment in the amount of at least $77,756.55, which sum represents proceeds obtained from the violations.

6. If any of the property described above, as a result of any acts or omissions of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL,

_____

ROGER B. HANDBERG
United States Attorney

By: *[signature]* for
Kara M. Wick
Assistant United States Attorney

By: *[signature]* for
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Orlando Division

THE UNITED STATES OF AMERICA

vs.

LEVAR BAKER
JAMEL WILLIAMS

## INDICTMENT

Violation:
18 U.S.C. § 371
18 U.S.C. § 1344
18 U.S.C. § 1028A(a)(1)

A true bill,

_____

Filed in open court this 8th day of May, 2024.

*Tiffany Palmer*
Clerk

Bail  $ _____

GPO 863 525